HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HOPE ALLEY, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROSENDO GARZA-VILLARREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSENDO GARZA-VILLARREAL,<br><br>Defendant. | Case No. 1:18-cr-00167-LJO-SKO<br>Case No. 1:18-mj-00135-EPG<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

On July 24, 2018, Rosendo Garza-Villarreal was granted pretrial release in Case No. 1:18-cr-00167 under conditions including, as part of condition 7(c), that Mr. Garza-Villarreal's travel is "restricted to Fresno County, unless otherwise approved in advance by PSO."  On August 16, 2018, Judge Grosjean adopted the same conditions of release for Case No. 1:18-mj-00135.  Since his release on August 16, 2018, Mr. Garza-Villarreal has been residing with his sister, and the third party custodian in this case, Rosa Maria Garza.  However, his immediate family, including his wife and four children, lives in Kingsburg in Tulare County.  The parties request that Mr. Garza-Villarreal's conditions of pretrial release be modified such that Mr. Garza may freely travel to Tulare County. All other conditions of release, including all other conditions listed at 7(v), shall remain in full force and effect.

//

1  Based on the foregoing, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for Defendant Rosendo Garza-Villarreal, that condition 7(c) of Mr. Garza-Villarreal's conditions of pretrial release be amended as follows: travel restricted to Fresno and Tulare Counties, unless otherwise approved in advance by PSO. The parties have spoken to the pretrial officer assigned to Mr. Garza-Villarreal's case, Anthony Perez, and he has no objection to the modification.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 29, 2018    By:    /s/ Laura Withers
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 29, 2018    By:    /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ROSENDO GARZA-VILLARREAL

O R D E R

Pursuant to the parties' Stipulation and good cause appearing,

IT IS HEREBY ORDERED that Rosendo Garza-Villarreal's conditions of release in Case No. 1:18-cr-00167 and Case No. 1:18-mj-00135 shall be modified such that his travel shall be restricted to Fresno and Tulare Counties. All other conditions of release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 29, 2018**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE